UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
APR 1 1 2012
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:12-CR-41 KKC

UNITED STATES OF AMERICA                                          PLAINTIFF

V.            **MOTION OF UNITED STATES
              FOR ISSUANCE OF ARREST WARRANT**

**MARK EDMOND BROWN, JR.**                                        DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **MARK EDMOND BROWN, JR.**, returnable forthwith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: _____
Hydee R. Hawkins
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4881
FAX (859) 233-2747
Hydee.Hawkins@usdoj.gov