UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:12-CR-41-KKC-REW |
| v. | ) | |
| MARK EDMOND BROWN, JR., | ) | ORDER |
| Defendant. | ) | |

*** *** ***

The Court previously scheduled a detention hearing in this matter for April 23, 2012, at 10:00 a.m. DE #5 (Minute Entry). The United States contacted Chambers and requested that the Court accelerate the hearing. Counsel for the Government advised that she spoke to defense counsel and counsel does not object to rescheduling the hearing.

Having been so advised, the Court **ACCELERATES** the detention hearing to **April 23, 2012, at 9:00 a.m.**

This the 19th day of April, 2012.



Signed By:
Robert E. Wier
United States Magistrate Judge

1